# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JAVONTE DEMARCUS CROOM

NO. 2023 KW 0266

**MAY 8, 2023**

---

In Re:    Javonte Demarcus Croom, applying for supervisory writs, 18th Judicial District Court, Parish of Pointe Coupee, No. 84,824-F.

---

**BEFORE:    THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED.**

MRT
WRC
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT